AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garland, Merrick B | US Court of Appeals DC Circuit | 05/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge-Active Status | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Overseers, Harvard University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 12 A 11:43 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1 Harvard University | February 5-6; April 2-3; June 7-8; October 1-2; December 3-4 - Cambridge, MA - Board of Overseers Meetings (transportation, meals, room) |
| 2. Yale Law School | December 12-13 - New Haven, CT - Moot Court (transportation, meals, room) |
| 3. Yale Law School | May 31-June 1 - New Haven, CT - China Law Center lecture (transportation, meals, room) |
| 4. University of Chicago Law School | May 3-5 - Chicago, IL - Moot Court (transportation, meals, room) |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust Bank accounts | D | Interest | N | T | | | | | |
| 2. Sun Trust Bank accounts | A | Interest | K | T | | | | | |
| 3. Justice Federal Credit Union accounts | C | Interest | M | T | | | | | |
| 4. U.S. Savings Bonds | | None | K | T | | | | | |
| 5. IRA #1 | A | Interest | K | T | | | | | |
| 6. -Edward Jones Co. Money Market | | | | | | | | | |
| 7. -Lehman Bros. Bank CD | | | | | Bought | 01/26 | K | | |
| 8. -Lehman Bros. Bank CD | | | | | Redeemed | 07/26 | K | | |
| 9. -Ohio Savings Bank CD | | | | | Bought | 07/26 | K | | |
| 10. Brokerage Account #1 | | | | | | | | | |
| 11. -General Mills Inc. Common | B | Dividend | L | T | | | | | |
| 12. -Wyeth Common | A | Dividend | K | T | | | | | |
| 13. -Bristol-Myers Squibb Co. Common | A | Dividend | K | T | | | | | |
| 14. -Zimmer Holdings Inc. Common | | None | J | T | | | | | |
| 15. -General Electric Co. Common | C | Dividend | M | T | | | | | |
| 16. -Georgia Pacific Corp. Common | A | Dividend | | | Sold | 11/15 | K | E | |
| 17. -Plum Creek Common | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5.000 | D =$5.001 - $15,000 | E =$15.001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1.000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Gillette Co. Common | A | Dividend | | | Merger* | 10/03 | | | *Merged into P&G |
| 19. -Procter & Gamble Co. Common | C | Dividend | M | T | | | | | |
| 20. -J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |
| 21. -The Reserve Fund (Money Market) | D | Dividend | N | T | | | | | |
| 22. -Citigroup Inc. Common | C | Dividend | L | T | | | | | |
| 23. -Credit Suisse Cap. Apprec. Fund | A | Dividend | M | T | | | | | |
| 24. -Nuveen Maryland Prem. Inc. Municipal Fund | D | Dividend | L | T | | | | | |
| 25. -U.S. Treasury Notes (combined listing) | E | Interest | O | T | Pt Redeemed | 11/15 | M | A | |
| 26. | | | | | Bought | 11/15 | N | | |
| 27. Brokerage Account #2 | | | | | | | | | |
| 28. -Fidelity Municipal Money Market | A | Dividend | L | T | | | | | |
| 29. -Fidelity Equity Income II | E | Dividend | N | T | | | | | |
| 30. -Fidelity Spartan 500 Index Fund | C | Dividend | N | T | | | | | |
| 31. Fidelity Contrafund | D | Dividend | O | T | | | | | |
| 32. IRA #2 | A | Dividend | J | T | | | | | |
| 33. -Edward Jones Co. Money Market | | | | | | | | | |
| 34. -Prudential Jennison Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Retirement Account | A | Dividend | M | T | | | | | |
| 36. -Fidelity Magellan Fund | | | | | | | | | |
| 37. Trust #1 | D | Interest | N | T | | | | | |
| 38. -U.S. Treasury Notes (Bonds) | | | | | Pt. Redeemed | 11/15 | K | A | |
| 39. | | | | | Bought | 4/12 | L | | |
| 40. | | | | | Bought | 11/14 | K | | |
| 41. -Gabelli Growth Fund | | | | | | | | | |
| 42. -The Reserve Fund (Money Market) | | | | | | | | | |
| 43. Trust #2 | D | Interest | N | T | | | | | |
| 44. -U.S. Treasury Notes (Bonds) | | | | | Pt. Redeemed | 11/15 | K | A | |
| 45. | | | | | Bought | 4/12 | L | | |
| 46. | | | | | Bought | 11/14 | K | | |
| 47. -Gabelli Growth Fund | | | | | | | | | |
| 48. -The Reserve Fund (Money Market) | | | | | | | | | |
| 49. Rollover IRA | D | Dividend | N | T | | | | | |
| 50. -Spartan US Equity Index | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____5/12/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544